UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYAUN KNOX,<br><br>              Petitioner,<br><br>       v.<br><br>RAYBON JOHNSON, Warden<br><br>              Respondent. | Case No. 2:20-cv-06130-SB (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated:  February 9, 2022

 

_____
Stanley Blumenfeld, Jr.
United States District Judge