JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYAUN KNOX, <br><br> Petitioner, <br><br> v. <br><br> RAYBON JOHNSON, Warden <br><br> Respondent. | Case No. 2:20-cv-06130-SB (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: February 9, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge